# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL V. CLARK | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3054 |
| | : | |
| CORRECTIONAL OFFICER | : | |
| CAMPER, BERKS COUNTY JAIL | : | |

## ORDER

AND NOW, this 5th day of April 2023, upon considering defendants' motion to dismiss (DI 3), plaintiff's motion for injunctive relief (DI 5), plaintiff's motion for stay and abeyance (DI 8), plaintiff's motion to attach exhibits to motion for stay and abeyance (DI 9), plaintiff's motion for appointment of counsel (DI 13), plaintiff's motion for default judgment (DI 15), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendants' motion to dismiss (DI 3) is **GRANTED**;

2. Plaintiff's motions (DI 5, 8, 9, 13, 15) are **DENIED**; and,

3. Plaintiff is granted leave to amend his complaint no later than **May 22, 2023**.

**MURPHY, J.**